So Ordered.

Dated: May 23, 2024



G. Michael Halfenger
Chief United States Bankruptcy Judge

United States Bankruptcy Court
517 East Wisconsin Avenue, Room 126
Milwaukee, WI 53202-4581

| | |
|---|---|
| In re: VICTOR HUGO YANEZ | CHAPTER 13 |
| Soc. Sec. No.   xxx-xx-9809 | Case No. 24-22594-GMH |
| | PAYROLL ORDER |

### ORDER FOR PAYROLL DEDUCTIONS

To, COMMUNICATIONS TEST DESIGN INC., the employer of the above debtor(s):

The above named debtor proposed a plan to pay debts out of future earnings.  By this plan the debtor's earnings are subject to the supervision and control of the Bankruptcy Court.  Now, therefore,

IT IS ORDERED THAT:

1. You, COMMUNICATIONS TEST DESIGN INC., shall deduct from the earnings of said debtor (including vacation pay), the sum of  **$280.38 Weekly**, beginning on the next payday following receipt of this Order and continuing until further notice.  You shall immediately pay to the Chapter 13 Trustee the sums so deducted.  **INCLUDE THE DEBTOR'S NAME** AND **CHAPTER 13 CASE NUMBER** WITH EACH REMITTANCE.  PLEASE MAKE PAYABLE AND MAIL TO:

**CHAPTER 13 TRUSTEE
P.O. BOX 730
MEMPHIS, TN 38101-0730**

**or to pay electronically go to https://tfsbillpay.com/employer**

2. All earnings and wages of the debtor, except amounts required to be withheld pursuant to provisions of law, insurance, pension, union dues, child support, or by the Order of this Court, shall be paid to the debtor in accordance with your usual procedure.  No other deduction shall be made by you.

3. This Order supersedes any previous Order for payment in this case.

**Debtor(s) Employer:**
COMMUNICATIONS TEST DESIGN INC.
Attn: Payroll Department
1373 ENTERPRISE DRIVE
WEST CHESTER, PA 19380-

**Debtor(s):**
VICTOR HUGO YANEZ
5400 WASHINGTON RD
210
KENOSHA, WI 53144

**Debtor(s) Attorney:**
GERACI LAW L.L.C.
55 EAST MONROE STREET
SUITE 3400
CHICAGO, IL 60603-


Scott Lieske
Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
Telephone (414) 271-3681
Fax (414) 271-9344

                                                Trustee Issued Date: May 23, 2024
                             #####